UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HECTOR VILLEGAS AGUIRRE** ) <br> **#52643-004** ) <br> FCI-Loretto ) <br> P.O. Box 1000 ) <br> Loretto, PA 15940, ) <br>  ) <br> Plaintiff, ) <br> v. ) <br>  ) <br> **UNITED STATES OF AMERICA,** ) <br>  ) <br> Defendant. ) | Civil Action No. 07-1482 (JR) |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

     s/ Peter S. Smith
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of October, 2007, a true and correct copy of the foregoing Praecipe was served upon Pro Se Plaintiff, **Hector Villegas Aguirre** by postage pre-paid mail addressed as follows:

HECTOR VILLEGAS AGUIRRE
#52643-004
FCI-Loretto
P.O. Box 1000
Loretto, PA 15940

                                                              s/ Peter Smith
_____
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0372