UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HECTOR VILLEGAS AGUIRRE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-1482 (JR) |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Federal Defendant respectfully requests an enlargement of time to file its answer or dispositive motion in this case, up to and including November 1, 2007. Since pro se Plaintiff is incarcerated it is impracticable for the undersigned counsel to confer with him about this Motion.[1] See Compl. caption. The Complaint in this case states that it is a tort claim brought pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671 et seq. However, Plaintiffs' underlying allegations appear to concern a request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Court's Clerk apparently has treated this as a FOIA case. Thus, Defendant requests an enlargement of its time to answer or otherwise respond to the Complaint in this case up to November 1, 2007. The grounds for this request are as follows:

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

a. The Office of the United States Attorney for the District of Columbia was served with the Summons and Complaint on August 22, 2007. Staff of that office calendared the case as a tort claim, as indicated in the Complaint, with a due date to answer the Complaint of October 21, 2007. Accordingly, the undersigned's calendar reflected that due date.

b. The undersigned counsel recently received the case jacket and, upon review of the Summons and Complaint, the undersigned counsel of record recognized that the Court's Clerk has treated this case as one brought under the FOIA, by issuing a thirty-day Summons, which would mean that the government's answer was due by September 21, 2007. The undersigned counsel will need the requested time to familiarize himself with the case and to coordinate the government's response with the federal agency defendant(s).

c. In addition, prior to responding to the Complaint, the undersigned counsel will need to work with the defendant agencies in order to gather the factual information required to respond to the Complaint, including whether Plaintiff has exhausted all of his administrative remedies.

d. Moreover, the government anticipates filing a dispositive motion in lieu of an answer in this case. The undersigned will need additional time to consult with agency counsel and to prepare and finalize such a motion.

e. This extension is sought in good faith. The granting of this Motion would promote judicial economy because, should the Court grant the motion Defendant anticipates filing, it would dispose of this case without the cost and time of further

litigation.

For these reasons, Defendant respectfully requests that this Motion be granted. A proposed order is attached.

                              Respectfully submitted,

                                  s/Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
Interim United States Attorney

                                  s/Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

                                  s/Peter S. Smith
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **2nd** day of **October**, 2007, a true and correct copy of the foregoing Motion was served upon pro se Plaintiff **HECTOR VILLEGAS AGUIRRE,** via First-Class prepaid postage as follows:

**HECTOR VILLEGAS AGUIRRE**
**#52643-004**
**FCI-Loretto**
**P.O. Box 1000**
**Loretto, PA 15940**

                                              s/ Peter S. Smith

PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HECTOR VILLEGAS AGUIRRE,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-1482 (JR) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |

ORDER

UPON CONSIDERATION of the Defendant's motion for extension of time, it is

ORDERED that Defendant's motion be, and hereby is, GRANTED; and it is further

ORDERED that Defendant shall have up to and including November 1, 2007, to respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

Copy to:

HECTOR VILLEGAS AGUIRRE
#52643-004
FCI-Loretto
P.O. Box 1000
Loretto, PA 15940