UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HECTOR VILLEGAS AGUIRRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1482 (JR) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

MOTION FOR FURTHER, ONE-DAY EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant requests a further one-day enlargement of time to answer or otherwise respond to the complaint in this case from today (November 6, 2007) to November 7, 2007. Undersigned counsel (Fred E. Haynes), who is now primarily responsible for this case for defendant, has been unable to complete the dispositive motion in this case in time for supervisory review and filing this evening. This has been due to other litigation responsibilities and unanticipated absences from the office. Because of the difficulties involved in contacting prisoners, undersigned counsel has not attempted to contact plaintiff to determine his position on this motion.[1]

Attached is a draft Order reflecting the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference). LCvR 16.3(a) (emphasis added).

/s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HECTOR VILLEGAS AGUIRRE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-1482 (JR) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) ) |

ORDER

UPON CONSIDERATION of the motion by defendant for a further, one-day enlargement of time to answer or otherwise respond to the complaint, it is this _____ day of _____, 2007,

ORDERED that defendant shall have to, and including, November 7, 2007, to answer or otherwise respond to the complaint.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff
and to counsel for defendant

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the Motion For Further, One-Day Enlargement Of Time to be served by first-class mail, postage prepaid, on this 6th day of November, 2007, to:

>Mr. Hector Villegas Aguirre
>Reg. No. 52643-004
>FCI Loretto
>P.O. Box 1000
>Loretto, PA 15940

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7204