UNITED STATES DISTRICT COURT
FOR THE DSITRICT OF COLUMBIA

Hecto Villegas Aguirre,
        Plaintiff,

-v-

United States Of America,
        Defendant.

CIVIL ACTION No:07-1482(JR)

RECEIVED
NOV ... 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION**

TO THE HONORABLE COURT:

    Plaintiff, Hector Villegas Aguirre, herein appears Pro-Se in the above numbered Civil Action, and respectfully moves this Honorable Court requesting to dismiss the instant Civil Action without prejudices.

    In support of this request, Plaintiff respectfully submits the followings: Plaintiff is a federal prisoner who filed the above numbered Civil Action under the Federal Tort Claim Act, seeking reliefs for the destruction by the Bureau of Customs and Border Protection, Department of Homeland Security, of video and audio tapes that were recorded in the course of an investigation of a drug offense that Plaintiff alleged had participated and for which Plaintiff was indicted in the Southern District of Florida in 1997.

    As requested, this action should be dismissed because of Plaintiff's failure to file an Administrative Tort Claim, which is the first jurisdictional presequisite for suing the government under "FTCA".

Wherefore, for the foregoing reasons, it is respectfully requested that this Court dismiss Plaintiff's Civil Action without prejudices, as requested.

                                        RESPECTFULLY SUBMITTED

                                    BY: *Hector Villegas A.*
                                        Hector Villegas Aguirre

Executed this 25 day of November, 2007.

2.

## CERTIFICATE OF SERVICE

This is to certify that I have this date under the pains and penalty of perjury, Title 28, U.S.C. § 1746, served a true and correct copy of the foregoing response to defendant's motion upon counsel of record as follows: Fred E. Haynes, D.C. Bar #165654 Assistant U.S. Attorney 555 4th Street, N.W., Room E-4110 Washington, D.C. 20530, by placing the same in the United States mail, first class postage and properly affixed thereto.

This day 25 of November, 2007.

BY: *Hector Villegas A.*
Hector Villegas Aguirre