UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HECTOR VILLEGAS AGUIRRE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 07-1482 (JR) |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

ORDER

In response to defendant's motion to dismiss, plaintiff acknowledges his failure to exhaust administrative remedies under the Federal Tort Claims Act and moves to dismiss the case without prejudice. Defendant has not objected. Accordingly, it is

**ORDERED** that pursuant to Fed. R. Civ. P. 41 (a)(2), the case is **DISMISSED** without prejudice.

JAMES ROBERTSON
United States District Judge